# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 20 PM 4:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

VIASAT, INC., a Delaware Corporation

vs

WILDBLUE COMMUNICATIONS, INC., a Delaware Corporation

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0328 BTM CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth M. Fitzgerald, Esq.
Christopher a. Rheinheimer, Esq.
LATHAM & WATKINS LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101

Tel: (619) 236-1234   Fax: (619) 696-7419

An answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 20 2008

W. Samuel Hamrick, Jr.
CLERK J. PARK                                    DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S