# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>WILDBLUE COMMUNICATIONS, INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　　　Defendant. | CASE NO. 08CV0328 BTM(CAB)<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Viasat, Inc. ("Viasat") filed this action on February 20, 2008. Viasat asserts that the Court has diversity jurisdiction over the action pursuant to 28 U.S.C. 1332(a).

　　　　Viasat alleges that it is incorporated in Delaware with its principal place of business in Carlsbad, California. (Compl. ¶ 1.) Viasat further alleges that Defendant WildBlue Communications, Inc. is incorporated in Delaware with its principal place of business in Greenwood Village, Colorado.

　　　　A corporation is a citizen of the state in which it is incorporated as well as the state in which it has a principal place of business. 28 U.S.C. § 1332(c)(1). According to the Complaint, both Plaintiff and Defendant are citizens of Delaware, meaning there is no diversity of citizenship.

　　　　Accordingly, the Court hereby orders Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. Plaintiff shall file a response to this order to show cause

1 | on or before March 10, 2008.  The matter will be set for hearing on March 14, 2008 at 11:00
2 | a.m.  Unless otherwise directed by the Court, there shall be no oral argument and no
3 | personal appearances are necessary.

5 | **IT IS SO ORDERED.**

7 | DATED:  February 21, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge