1

LATHAM & WATKINS LLP
  Kenneth M. Fitzgerald (Bar No. 142505)
  Christopher A. Rheinheimer (Bar No. 253890)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: 1.619.236.1234
Facsimile: 1.619.696.7419

2

3

4

5

Attorneys for Plaintiff
ViaSat, Inc.

6

7

8

              UNITED STATES DISTRICT COURT

9

         SOUTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| VIASAT, INC., a Delaware Corporation, | CASE NO. 3:08 CV 00328 BTM (CAB) |
|         Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|     v. | |
| WILDBLUE COMMUNICATIONS, INC., a Delaware Corporation, | |
|         Defendant. | |

12

13

14

15

16

17

18

        NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of

19

Civil Procedure, Plaintiff voluntarily dismisses the above-captioned action without prejudice.

20

21

Dated: February 22, 2008           Respectfully submitted,

22

                             LATHAM & WATKINS LLP
                                Kenneth M. Fitzgerald
                                Christopher A. Rheinheimer

23

24

25

                           By /s/ Christopher A. Rheinheimer
                                  Christopher A. Rheinheimer
                                  Attorneys for Plaintiff
                                  ViaSat, Inc.

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\621372.1

CASE NO. 3:08 CV 00328 BTM (CAB)
NOTICE OF VOLUNTARY DISMISSAL